Matthew BECKELY, aka Dylan Matthews, aka D–Matt, dba Amerada Music, Plaintiff–Appellant,

v.

Reinhard RAITH, aka Crazy Frog, aka Voodoo & Serano, Ronald Carroll, aka Ron Carroll, aka R.O.N.N., Ceresia Blanchard, aka Ceresia, Patrick Weber, Voodoo Music GMBH, Embassy of Music GMBH, Konrad Von Lohneisen, One Entertainment Group, LLC and Youtube, LLC, Defendants–Appellees.

No. 2014–1213.

United States Court of Appeals, Federal Circuit.

April 9, 2014.

Matthew Beckely, Grandville, MI, for Plaintiff–Appellant.

Richard J. Idell, Idell & Seitel LLP, San Francisco, CA, David H. Kramer, Esq., Wilson, Sonsini, Goodrich & Rosati, PC, Palo Alto, CA, for Defendants–Appellees.

**ORDER**

Matthew Beckely has failed to file an initial brief as required by Federal Circuit Rule 31.

Accordingly,

IT IS ORDERED THAT:

(1) The appeal is dismissed.

(2) Each side shall bear its own costs.